UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | |
|---|---|
| Case Title : | Singh Harjit and Kaur Surinder |
| Case No : | 10-38050 - B - 13J |
| Date : | 2/8/11 |
| Time : | 09:32 |
| Matter : | [42] - Motion/Application to Confirm/Modify Chapter 13 Plan [DCN-18] Filed by Debtor Singh Harjit, Joint Debtor Kaur Surinder (nkrs) |
| Judge : | Thomas Holman |
| Courtroom Deputy : | Sheryl Arnold |
| Reporter : | Diamond Reporters |
| Department : | B |

APPEARANCES for :
Movant(s) :
Respondent(s) :
   Trustee - Jan P. Johnson

CIVIL MINUTE ORDER

Due to the size of the three related calendars (233 matters), the court made the following ruling without findings. All parties were given an opportunity at the hearing to request a more explanatory ruling.

IT IS ORDERED that the chapter 13 trustee's opposition is sustained. The motion to confirm the amended plan filed December 7, 2010 is denied.

Dated: February 11, 2011

Thomas C. Holman
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate Notice of Entry of the attached Civil Minute Order.

David Ndudim
1321 Howe Ave #203
Sacramento, CA 95825


Kaur Surinder
9 Corina Ct
Sacramento, CA 95823


Singh Harjit
9 Corina Ct
Sacramento, CA 95823


Jan Johnson
PO Box 1708
Sacramento, CA 95812